THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rainey Crosby, Appellant.
 
 
 

Appeal From Lexington County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2008-UP-080
Submitted February 1, 2008  Filed
 February 6, 2008
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, South Carolina Commission of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Rainey Crosby appeals his guilty plea to failing to stop for a blue
 light and unlawful possession of a firearm.  On appeal, Crosby maintains his
 guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  Specifically, Crosby maintains the trial
 court abused its discretion by failing to adequately advise him of his
 constitutional rights.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Crosbys appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS,  JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.